Ronald E. Stadtmueller, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 694067

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-10856 | 025-0 | STEPHEN MONROE KOVATCH<br>Original Check written to:<br>SOUTHTRUST BANK<br>P O BOX 1234<br>ATLANTA, GA  30371 | xxxx0378 | 468.15 | 24.06 | 0.00 | 24.06 |
| 04-10918 | 014-0 | RAYMOND W VAN PELT<br>Original Check written to:<br>JEFFERSON COUNTY TAX OFFICE<br>P O BOX 2112<br>BEAUMONT, TX  77704 | xxxxxxxxxxxxxxxx0000 | 0.00 | 140.77 | 0.00 | 140.77 |
| 04-11626 | 012-0 | TED M METZ<br>Original Check written to:<br>MERRICK BANK<br>C/O WEINSTEIN, TREIGER, RILEY<br>2101 FOURTH AVE #900<br>SEATTLE, WA  98121 | 8601 | 1,452.71 | 350.88 | 0.00 | 350.88 |
| 04-90612 | 016-0 | LARRY E MCDONALD<br>Original Check written to:<br>EXCALIBUR I LLC<br>HARRIS & DIAL PC<br>65 FLAGSHIP DR SUITE C<br>N ANDOVER, MA  01845- | xx3882 | 7,709.42 | 340.15 | 0.00 | 340.15 |
| 05-10149 | 006-0 | THOMAS W EBARB<br>Original Check written to:<br>INTERNAL REVENUE SERVICE<br>P O BOX 21125<br>PHILADELPHIA, PA  19114- | xxxxxxxxxxx2782 | 0.00 | 413.14 | 0.00 | 413.14 |
| 06-90051 | 010-0 | DENNIS W. COLLINS<br>Original Check written to:<br>ROBERT GOODMAN<br>RT 2 BOX 93<br>HUNTINGTON, TX  75949 | | 0.00 | 600.00 | 160.00 | 760.00 |
| 08-10181 | 006-0 | BILLIE C. MORISE<br>Original Check written to:<br>JEFFERSON COUNTY TAX OFFICE<br>P O BOX 2112<br>BEAUMONT, TX  77704 | xxxxxxxxxxxxxxxxxx0000 | 5,263.39 | 1,659.70 | 188.63 | 1,848.33 |